**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANSON LAMAR,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:23-0202** |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **WARDEN BARRAZA,** | : | |
| **Respondent** | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 16, 2023**
23-0202-01